GENERAL METER SERVICE CORPORATION, Appellant, v. MANUFACTURERS TRUST COMPANY, as Trustee of Mortgage Investments Guaranteed by Bond and Mortgage Guarantee Company, Guarantee No. 170,968, Respondent.— Appeal by plaintiff from an order dismissing the complaint pursuant to rule 106 of the Rules of Civil Practice upon the ground that the complaint fails to state facts sufficient to constitute a cause of action. Order affirmed, with ten dollars costs and disbursements. Plaintiff's time to serve an amended complaint is extended until twenty days after the entry of the order hereon. No opinion. Close, P. J., Johnston, Adel, Lewis and Aldrich, JJ., concur. [182 Misc. 184.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ADELAYDA REYES, Appellant.— Judgment of the County Court of Kings County convicting defendant of the crime of abortion unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

METTIE W. SMITH, Appellant, v. FRANK M. NICOLOSI et al., Doing Business under the Name of GIAIMO & NICOLOSI, Respondents.— Appeal from an order granting defendants' application to transfer cause to the Military Suspense Calendar. Order affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Hagarty, Adel, Lewis and Aldrich, JJ., concur.

## (May 15, 1944.)

RALPH GAROFALO, Respondent, v. CHARLES SIDOTE, Defendant, and ROGER MARSHALL, Defendant-Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 960.] Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

In the Matter of the Estate of WILLIAM J. STEELE, Deceased. GLOBE INDEMNITY COMPANY, Respondent; EMIGRANT INDUSTRIAL SAVINGS BANK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 967.] Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

SOL KATZENSTEIN, Appellant, v. MERRIMACK MUTUAL FIRE INSURANCE COMPANY, Respondent.— Motion for reargument of motion or for other relief denied, without costs. Upon the reargument of the appeal the grounds set forth in the moving papers herein may be advanced. [See *ante,* p. 987; 268 App. Div. 782.] Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

MAX SPINNER et al., Doing Business under the Name of SPINNER AND GRAULICH, Respondents, v. ADOLPH EINZIG, Doing Business under the Name of ADOLPH EINZIG & SONS, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

TOWN OF HUNTINGTON, Respondent-Appellant, v. ESTATE OF EDWIN H. BROWN, INC., et al., Respondents, JUSTINE LAMBERT, Individually and as Executrix and Trustee under the Will of FRANK LAMBERT, Deceased, Appellant-Respondent, et al., Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 885.] Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.